UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIR HASAN EL BEY,

    Plaintiff,

v.

Case No. 22-cv-12491
Honorable Linda V. Parker

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## OPINION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff initiated this lawsuit on October 17, 2022, seeking judicial review of Defendant's determination that he is not entitled to social security benefits. On April 4, 2023, the parties stipulated to a remand of the matter to the Commissioner. (ECF No. 17.) The matter is now before the Court on Plaintiff's counsel's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 19.) Counsel seeks an award of $6,888.72. Defendant has not responded to the motion.

As there is no opposition to Plaintiff's counsel's request for fees, and because the Court finds that an award is proper under the EAJA, it is granting the motion. Any award must be offset by any debt Plaintiff owes to the government. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Therefore, Plaintiff's counsel is

awarded fees in the amount of $6,888.72 absent any debt owed by Plaintiff to the government.

**SO ORDERED**.

                                              s/ Linda V. Parker  
                                              LINDA V. PARKER  
                                              U.S. DISTRICT JUDGE

Dated: July 9, 2024